UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

File no: 1:06-CR-129

v.

HON. ROBERT HOLMES BELL

MAURICIO ROQUES-GUANDIQUES,

    Defendant.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

NOW THEREFORE, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge (docket #17) is approved and adopted as the opinion of the Court.

2.    Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in the Indictment.

3.    The written plea agreement is hereby continued under advisement pending sentencing.

Date:    August 1, 2006        /s/ Robert Holmes Bell
                                                    ROBERT HOLMES BELL
                                                    CHIEF UNITED STATES DISTRICT JUDGE